IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

MARTIN E. SMITH,
    Plaintiff,

vs.                                             3:05cv249/RS/MD

JOY H. BLAKE,
    C/O VA OUTPATIENT CLINIC,
        Defendant.

---

## REPORT AND RECOMMENDATION

This cause is before the court upon plaintiff's motion to dismiss case, (doc. 14), filed after he was directed to respond to the government's motion to dismiss. (Doc. 4, 11).

Accordingly, it is respectfully RECOMMENDED:

That plaintiff's motion to dismiss (doc. 14) be granted and this case be dismissed without prejudice.

At Pensacola, Florida, this 30th day of December, 2005.

/s/ *Miles Davis*
**MILES DAVIS**
**UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

Any objections to these proposed findings and recommendations must be filed within ten days after being served a copy thereof. A copy of objections shall be served upon all other parties. Failure to object may limit the scope of appellate review of factual findings. See 28 U.S.C. § 636; *United States v. Roberts*, 858 F.2d 698, 701 (11th Cir. 1988).