IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

MARTIN E. SMITH,

    Plaintiff,

vs.        CASE NO. 3:05cv249-RS

UNITED STATES OF AMERICA,

    Defendant.
_____/

## ORDER

Before the court are the magistrate judge's Report and Recommendation (Doc. 16) and Plaintiff's Motion to Dismiss (Doc. 14).

**IT IS ORDERED**:

1. The magistrate's Report and Recommendation is adopted and incorporated by reference in this order.

2. This case is dismissed without prejudice.

3. The clerk is directed to close the file.

ORDERED on January 31, 2006.

        /S/ Richard Smoak
        **RICHARD SMOAK**
        **UNITED STATES DISTRICT JUDGE**